1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDULLAH AHAMED,<br><br>                                        Plaintiff,<br><br>       v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>                                        Defendant. | Case No. 23-cv-1726-BAS-BLM<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiff Abdullah Ahamed, proceeding *pro se*, filed this case concerning a disputed payment of his credit card debt.  (*See generally* Compl., ECF No. 1.)  Subsequently, Defendant Navy Federal Credit Union filed a motion to dismiss Plaintiff's Complaint principally on the grounds that Plaintiff's Complaint did not state a plausible claim to relief. (*See generally* ECF No. 7.)  On March 29, 2024, the Court granted this motion to dismiss because it concluded Plaintiff had not alleged facts sufficiently plausible to plead any of his claims.  (Dismissal Order, ECF No. 14.)   However, the Court gave Plaintiff leave to amend his Complaint and correct the deficient claims on or before April 19, 2024.  (*Id.* at 8:12–13.)

Now, April 19, 2024, has come and gone without the filing of a corrected pleading. Accordingly, the Court converts its dismissal of the Complaint into a dismissal of the instant action.  *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert

the dismissal of the complaint into dismissal of the entire action.").  Such dismissal shall be without prejudice.  The Court directs the Clerk of Court to close the case.

     **IT IS SO ORDERED.**

**DATED: April 24, 2024**

Hon. Cynthia Bashant
United States District Judge

23cv1726